UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21935-CIV-HUCK/WHITE

ROY AGELOFF, et al.,

    Petitioner,

vs.

JORGE PASTRANA, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Preliminary Report of Magistrate Judge Patrick A. White, filed June 2, 2008 [D.E. #21], recommending denial of Petitioner's motion to compel authorities at John Polk Correctional Facility to allow him access to the law library [D.E. #19]. Having reviewed the Report and the Motion, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Report is ADOPTED and the Motion is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in chambers, Miami, Florida, June 23, 2008.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record

Roy Ageloff, *pro se*
Reg. No. 57431-053
FCC Yazoo City-Low
PO BOX 5000
Yazoo City, MS 39194-5000