UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21935-CIV-HUCK/WHITE

ROY AGELOFF, et al.,

    Petitioner,

vs.

JORGE PASTRANA, et al.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Report of Magistrate Judge Patrick A. White, filed June 16, 2008 [D.E. #24], recommending denial of Petitioner's second motion to direct authorities at John Polk Correctional Facility to allow him access to the law library [D.E. #22], which is virtually identical to the prior motion, filed on May 22, 2008 [D.E. #19]. Having reviewed the Report and the Motion, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Report is ADOPTED and the Motion is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in chambers, Miami, Florida, July 9, 2008.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record

Roy Ageloff, *pro se*
Reg. No. 57431-053
FCC Yazoo City-Low
PO BOX 5000
Yazoo City, MS 39194-5000